# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RACHAEL ELIZABETH ERWIN and ASHLEY BOENING, next friend of C.B., *Plaintiffs* | § § § § | |
| | § | Case No. 1:22-cv-00196-SH |
| v. | § § | |
| WILLIAM DAVID RIDGE, *Defendant* | § § § | |

## O R D E R

Now before the Court is the Agreed Motion for Continuance filed December 18, 2023 (Dkt. 18). Finding good cause therefor, the Court hereby **GRANTS** the motion and issues the following Amended Scheduling Order pursuant to Federal Rule of Civil Procedure 16:

This case is reset for final pretrial conference on **Friday, August 2, 2024 at 10 a.m.** and jury trial commencing **Monday, August 12, 2024 at 9 a.m.** The Court **ORDERS** counsel to review Local Rule AT-5, Standards for Conduct before the Judge and Jury, before they appear for the final pretrial conference.

### Pretrial Submissions

Pursuant to Local Rule CV-16(f), the Court **ORDERS** all parties to serve and file the following information on or before **Friday, July 12, 2024**:

1. A list of questions the party desires the court to ask prospective jurors.

2. A joint statement of the parties' claims and defenses to be used by the court in conducting voir dire. The statement shall be no longer than one-half page with type double-spaced.

3. A joint list of stipulated facts.

4. An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.

5. The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying witnesses the party expects to present and those the party may call if the need arises.

6. The names of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

7. Joint proposed jury instructions and verdict forms. The parties are hereby **ORDERED** to meet and confer and submit a joint proposed set of jury instructions. Any jury instructions to which both parties do not agree must be submitted separately with appropriate citations to the law supporting those instructions. **Joint jury instructions shall be submitted in complete format as they would appear when submitted to the jury**.

8. Any motions in limine.

9. An estimate of the probable length of trial.

### Objections to Pretrial Submissions

The Court hereby **ORDERS** that, after receiving the information listed above, the parties shall confer with each other to discuss, and resolve if possible, any objections they may have to each other's (1) exhibits, (2) designated deposition testimony, and (3) motions in limine. Pursuant to Local Rule CV-16(g), the Court further **ORDERS** both parties to serve and file the following information on or before **Friday, July 26, 2024**:

1. A list disclosing any objection, together with the grounds therefor, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403, shall be deemed waived unless excused by the court for good cause shown.

2. A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

3. Responses to any motions in limine.

The Court may impose sanctions under Rule 16(f) if the parties do not make timely submissions under this Order.

**SIGNED** on December 21, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE