## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

RACHAEL ELIZABETH ERWIN          §
and ASHLEY BOENING,              §
next friend of C.B.,             §
    *Plaintiffs*   §          **Case No. 1:22-cv-00196-SH**
                                 §
**v.**                           §
                                 §
                                 §
WILLIAM DAVID RIDGE,             §
    *Defendant*   §

## O R D E R

On December 21, 2023, this Court ordered the parties to file various pretrial submissions by July 12, 2024. Dkt. 19 at 1-2. The parties failed to time file those pretrial submissions. The Court **ORDERS** the parties to file such materials as stated in its previous order on or before **Friday, July 19, 2024**. The Court may impose sanctions under Rule 16(f) if the parties do not make timely submissions under this Order.

**SIGNED** on July 16, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE